UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND O. CAMPBELL,<br>   Petitioner,<br> v.<br>WARDEN,<br>   Respondent. | Case No. 21-09664 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this case is dismissed without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: ____April 21, 2022____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.21\09664Campbell_judgment